JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRAULIO S. GARCIA, | Case No. CV 14-06141 JGB (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| PEOPLE OF THE STATE, | |
| Respondent. | |

For the reasons set forth in the accompanying Order, IT IS HEREBY ADJUDGED THAT this action is dismissed without prejudice.

DATED: August 22, 2014

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE